UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:24-cv-80127-AMC

HOWARD COHAN,

    Plaintiff,

vs.

MEAT MARKET BOCA RATON, LLC
a Florida Limited Liability Company
d/b/a MEAT MARKET BOCA RATON

    Defendant(s).
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, MEAT MARKET BOCA RATON, LLC, a Florida Limited Liability Company, d/b/a MEAT MARKET BOCA RATON, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED April 8, 2024.

| By: /s/ Gregory S. Sconzo | By: /s/ Steven M. Appelbaum |
|---|---|
| Gregory S. Sconzo, Esq. | Steven M. Appelbaum, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 71399 |
| Sconzo Law Office, P.A. | Saul Ewing LLP |
| 3825 PGA Boulevard, Suite 207 | 515 North Flagler Drive, Suite 1400 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, Florida 33401 |
| Telephone: (561) 729-0940 | Telephone: (305) 428-4500 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 374-4744 |
| Email: greg@sconzolawoffice.com | E-Mail: steven.appelbaum@saul.com |
| Email: perri@sconzolawoffice.com | susan.lewis@saul.com |
| Attorney for Plaintiff | wpb-ctdocs@saul.com |
| | Counsel for Defendant |

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 8, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                       **/s/ Gregory S. Sconzo**
                                                       **Gregory S. Sconzo, Esq.**